IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL JOHN THORPE     PLAINTIFF

V.     CASE NO. 5:18-CV-5052

BLAKE WEBB, in his individual
and official capacities     DEFENDANT

## ORDER

Currently before the Court is a Motion for Summary Judgment (Doc. 21) filed by Defendant Blake Webb ("Chief Webb"). Chief Webb also filed a Statement of Undisputed Material Facts (Doc. 23). Plaintiff Michael John Thorpe filed a Brief in Opposition (Doc. 25) and a Statement of Undisputed Material Facts in Opposition to Chief Webb's motion for summary judgment (Doc. 26). Chief Webb then filed a Reply (Doc. 31) in support of his motion for summary judgment and a Response to Mr. Thorpe's Statement of Undisputed Material Facts (Doc. 32). Upon the Court's request, the parties filed supplemental briefing on the issue of Fourth Amendment standing (Docs. 43, 44). For the reasons explained in the Memorandum Opinion filed contemporaneously, the Court **GRANTS** Chief Webb's Motion for Summary Judgment.

IT IS SO ORDERED on this 31st day of March, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE